IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARKELVIN L. McHENRY**  **PETITIONER**
ADC # 180858

v.   CASE NO. 4:25-cv-00617-BSM

**FEDERAL BUREAU OF PRISONS**  **RESPONDENT**

## ORDER

Magistrate Judge Patricia S. Harris's findings and recommendations [Doc. No. 17] is adopted and Markelvin McHenry's case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE