# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MARKELVIN L. McHENRY**　　　　　　　　　　　　　　　　　　　　**PETITIONER**
ADC # 180858

v.　　　　　　　　　CASE NO. 4:25-cv-00617-BSM

**FEDERAL BUREAU OF PRISONS**　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE